LNE 7.8.25
JIH: USAO 2025R00117

USDC - BALTIMORE
'25 AUG 7 PM 2:39

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. ABA-25-232 |
| | * | |
| ROBERT WILLIAM GARLAND, | * | (Possession of Firearms by a |
| a/k/a "BOBBY," | * | Prohibited Person, 18 U.S.C. |
| | * | § 922(g)(1); Possession with Intent to |
| Defendant. | * | Distribute a Controlled Substance, 21 |
| | * | U.S.C. § 841(a)(1); Forfeiture, 18 |
| | * | U.S.C. § 924(d), 21 U.S.C. § 853, 28 |
| | * | U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Possession of Firearms by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about January 18, 2025, in the District of Maryland, the Defendant,

**ROBERT WILLIAM GARLAND,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit, an Adcor Defense AR-15, bearing serial number 2A01631; a Henry Repeating Arms Co. rifle, bearing serial number 179584H; and a Rossi model RS22 rifle, bearing serial number 7CA209188N; which were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Possession with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about February 5, 2025, in the District of Maryland, the Defendant,

**ROBERT WILLIAM GARLAND,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under any of the offenses charged in Counts One or Two of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count Two of this Indictment, the Defendant,

**ROBERT WILLIAM GARLAND**,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such violation.

### Firearms Forfeiture

3. Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**ROBERT WILLIAM GARLAND**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms involved in such offense.

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

a. an Adcor Defense AR-15, bearing serial number 2A01631;

b. a Henry Repeating Arms Co. rifle, bearing serial number 179584H; and

c. a Rossi model RS22 rifle, bearing serial number 7CA209188N.

### Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*[signature]*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

8/7/2025
Date

4